## Commonwealth ex rel. Vann, Appellant, v. Russell.

Submitted

June 12, 1967. *Phillip Vann,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for appellee.

Order affirmed.